# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JOHN KANODE and SUSAN
KANODE,

    Plaintiffs,

v.                                            Case No. 3:15-cv-278-J-32JBT

EQUIFAX INFORMATION
SERVICES, LLC,

    Defendant.

_____

## **O R D E R**

This case is before the Court on the Joint Stipulation for Dismissal of Equifax Information Services, LLC with Prejudice (Doc. 26) filed on September 24, 2015 by Plaintiffs and Defendant Equifax Information Services, LLC. The stipulation states that "Plaintiffs and Equifax have resolved this matter" (id.), which would suggest the parties intend to dismiss the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). But for some reason, the stipulation requests that the Court drop Equifax from the case pursuant to Federal Rule of Civil Procedure 21, the rule on misjoinder and nonjoinder of parties, which does not appear to apply here. Adding further confusion are the stipulation's various requests for both dismissal with and without prejudice. The Court cannot act until it knows what it is being asked to do.

Accordingly, it is hereby **ORDERED** that, on or before **October 9, 2015**, the parties shall file a joint stipulation to dismiss that specifies whether they intend to

dismiss the claims against Equifax with or without prejudice and identifies the appropriate basis for dismissal.

**DONE AND ORDERED** at Jacksonville, Florida this 29th day of September, 2015.

TIMOTHY J. CORRIGAN<br>
United States District Judge

bjb
Copies:

Counsel of record

2